**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Alexander Heyward, | ) | Case No. 4:08-cr-032 |
| | ) | |
| Defendant. | ) | |

_____

On July 18, 2008, the defendant, Christopher Alexander Heyward, appeared on a Petition for Revocation of Pre-Sentence Release. He was ordered detained pending further hearing on the petition. However, on July 21, 2008, he advised the court through defense counsel that he is not contesting the petition.

Accordingly, the court **GRANTS** the petition, **REVOKES** Heyward's pre-sentence release and **ORDERS** that Heyward be detained pending final disposition of this matter. The court further **FURTHER ORDERS** that Heyward be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. Heyward shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Heyward to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 21st day of July, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court